## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ABBAS JOHN BASHITI and | : | CASE NO.:  5:17-bk-02397 |
| GENEVIEVE ANN BASHITI, | : | |
| | : | |
| Debtors. | : | CHAPTER 13 |
| ABBAS and GENEVIEVE BASHITI, | : | |
| | : | |
| Objectants, | : | |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A., | : | |
| | : | |
| Claimant. | : | |

## DEBTORS' OBJECTION TO PROOF OF CLAIM
## OF JP MORGAN CHASE BANK N.A.

AND NOW, comes Abbas and Genevieve Bashiti (heretofore referred to as the "Debtors"), by and through their attorney, Patrick J. Best, Esquire, of ARM Lawyers, who hereby objects to the Proof of Claim filed by JP Morgan Chase Bank N.A. (heretofore referred to as the "Chase") as follows:

1.      The instant Bankruptcy was filed on June 8, 2017.

2.      On September 19, 2017, Chase filed its Proof of Claim, indexed at Claim No. 17-1, attached herewith as "Exhibit A."

3.      In their Proof of Claim, Chase states an alleged arrears in the amount of $1,448.31.

4.      Debtors remitted this payment shortly thereafter and have remained current post petition.

5.      An inquiry, by means of a payment history, was made to Attorney for Chase, Kristen D. Little, Esquire.

6.  In response to this inquiry, it was confirmed that said payment was remitted however it was remitted post-petition.

7.  Chase refused to voluntarily amend their Proof of Claim indexed at 17-1 to reflect the accurate figures.

8.  Debtors are obligated to file an Amended Chapter 13 Plan and without this Claim being amended, cannot do so.

9.  Debtors object to the Proof of Claim of Chase (Claim 17-1) only with regards to the amount necessary to cure any default as of the date of the Petition.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court enter an Order modifying Chase's Proof of Claim, indexed at Claim 17-1, to read $0.00.

Date: <u>February 6, 2018</u>                                              /s/ Patrick J. Best
                                                                                  Patrick J. Best, Esq.
                                                                                  ARM Lawyers
                                                                                  202 Delaware Avenue
                                                                                  Palmerton, PA 18071
                                                                                  (484) 765-8140