UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ABBAS JOHN BASHITI and : CHAPTER 13
GENEVIEVE ANN BASHITI :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
ABBAS JOHN BASHITI and :
GENEVIEVE ANN BASHITI :
   Respondent(s) : CASE NO.  5-17-bk-02397

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

     AND NOW, this  28th  day of August, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.  More specifically,

     Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

     a. Average federal income tax refund not considered.
     b. Excess disposable income when car loans are paid.
     c. Aggregate expenses for food and housekeeping supplies, clothing, laundry, and dry cleaning, personal care products and services, entertainment, pet expenses and gym memberships are unreasonable for a household of four.

     2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

     a. 2019 Federal Income Tax return.
     b. Last paystub dated on or about August 31, 2020.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

          Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
Attorney for Trustee

CERTIFICATE OF SERVICE

      AND NOW, this 28th day of August, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA 18360

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee