UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ABBAS JOHN BASHITI and : CHAPTER 13
GENEVIEVE ANN BASHITI :
   Debtor(s) :
 

CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :

vs. :

ABBAS JOHN BASHITI and :
GENEVIEVE ANN BASHITI :
   Respondent(s) : CASE NO. 5-17-bk-02397

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of April, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

   a. Retirement loan (verification)
   b. A $834.17 domestic support obligation ended.
   c. Support of adult children at the expense of unsecured creditors.
   d. RV payment, dues and membership, violin lessons and rental.

2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. 2020 Federal Income Tax return.
   b. Last paystub dated April 30., 2021.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

BY:      /s/Agatha R. McHale
          Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 21st day of April, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA   18360

          /s/Deborah A. Behney
          Office of Charles J. DeHart, III
          Standing Chapter 13 Trustee