Certificate Number: 15111-PAM-DE-036497377

Bankruptcy Case Number: 17-02397



15111-PAM-DE-036497377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 24, 2022</u>, at <u>4:23</u> o'clock <u>PM EDT</u>, <u>Abbas John Bashiti</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 24, 2022</u>

By: <u>/s/Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>