Certificate Number: 15111-PAM-DE-036497378

Bankruptcy Case Number: 17-02397



15111-PAM-DE-036497378

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2022, at 4:23 o'clock PM EDT, Genevieve Ann Bashiti completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 24, 2022

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education