United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Abbas John Bashiti  
Genevieve Ann Bashiti  
    Debtors

Case No. 17-02397-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5  
Date Rcvd: Jun 15, 2022     Form ID: 3180W     Total Noticed: 91

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Abbas John Bashiti, 8216 Woodchuck Court, East Stroudsburg, PA 18301-7151 |
| jdb | #+ | Genevieve Ann Bashiti, 8216 Woodchuck Court, East Stroudsburg, PA 18301-7151 |
| 4931477 | + | Bashiti Abbas & Genevieve, 8216 Woodchuck Ct, East Stroudsburg, PA 18301-7151 |
| 4931479 | | Cap1/bstby, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4931480 | | Cap1/bstby, Capital, 1 Retail Srvs Attn Bankruptcy, Salt Lake City, UT 84130 |
| 4931490 | | Conemity Capital Bank/Davids Bridal, PO Box 183003, Columbus, OH 43218-3003 |
| 4931492 | + | Creditech, P.O. Box 20330, Lehigh Valley, PA 18002-0330 |
| 4931500 | + | HSBC Card Services, P.O. Box 60501, City Of Industry, CA 91716-0501 |
| 4931499 | + | Hayt, Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 4931503 | | Joel S. Schneck, Esq., Schachter Portnoy LLC, 3490 US Highway 1, Princeton, NJ 08540-5920 |
| 4931506 | + | Lehigh Valley Health Networks, 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 4931508 | | M&T Credit Services, 1100 Worley Dr, Williamsville, NY 14221 |
| 4931511 | + | Monroe Pathologists, P.O. Box 808, East Stroudsburg, PA 18301-4108 |
| 4931513 | + | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 4931515 | | North American Partners in Anethesia, P.O. Box 275, Glen Head, NY 11545-0275 |
| 4931520 | | Phillipsburg Dental Health Associates PA, 320 S Main St, Phillipsburg, NJ 08865-2859 |
| 4931522 | + | Pocono Healthcare Management, P.O. Box 827658 ATTN Billing Office, Philadelphia, PA 19185-0001 |
| 4931523 | + | Pocono Medical Center, P.O Box 822009, Philadelphia, PA 19182-2009 |
| 4958559 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 4931540 | | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 4931541 | | Thousnd Trls, 5401 N Pima Rd Ste 150, Scottsdale, AZ 85250-2630 |
| 4931543 | | Youngs Medical Equipment, PO Box 71412, Philadelphia, PA 19176-1412 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Jun 15 2022 22:43:00 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | EDI: JPMORGANCHASE | Jun 15 2022 22:43:00 | JPMorgan Chase Bank, National Association, Et Al.., 3415 Vision Drive, Columbus, OH 43219 |
| 4931482 | | EDI: CAPITALONE.COM | Jun 15 2022 22:43:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 4977178 | + | EDI: AIS.COM | Jun 15 2022 22:43:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 4984779 | + EDI: WFNNB.COM | Jun 15 2022 22:43:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 4931478 | + EDI: CAPITALONE.COM | Jun 15 2022 22:43:00 | Cabela's Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 4931481 | EDI: CAPITALONE.COM | Jun 15 2022 22:43:00 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 4979682 | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 18:52:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4931483 | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Care Credit/GE Capital Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 4969050 | + Email/Text: bankruptcy@cavps.com | Jun 15 2022 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4931486 | EDI: CITICORP.COM | Jun 15 2022 22:43:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4931487 | EDI: CITICORP.COM | Jun 15 2022 22:43:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, PO Box 790040, Saint Louis, MO 63179-0040 |
| 4931488 | EDI: CITICORP.COM | Jun 15 2022 22:43:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 4931491 | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2022 18:52:43 | Credit One Bank N.A., PO Box 740237, Atlanta, GA 30374-0237 |
| 4931493 | ^ MEBN | Jun 15 2022 18:37:13 | D&A Services, 1400 E Touhy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 4931494 | EDI: NAVIENTFKASMDOE.COM | Jun 15 2022 22:43:00 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 4931495 | EDI: NAVIENTFKASMDOE.COM | Jun 15 2022 22:43:00 | Dept of Ed/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 4934242 | EDI: DISCOVER.COM | Jun 15 2022 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4931496 | EDI: DISCOVER.COM | Jun 15 2022 22:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 4931497 | EDI: DISCOVER.COM | Jun 15 2022 22:43:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 4931498 | + Email/Text: crdept@na.firstsource.com | Jun 15 2022 18:39:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Amhers, NY 14228-3609 |
| 4931501 | + Email/Text: bankruptcy@huntington.com | Jun 15 2022 18:39:00 | Huntington National Ba, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 4931502 | Email/Text: bankruptcy@huntington.com | Jun 15 2022 18:39:00 | Huntington Natl Bk, Bankruptcy Notifications, PO Box 340996, Columbus, OH 43234-0996 |
| 4931484 | EDI: JPMORGANCHASE | Jun 15 2022 22:43:00 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219-6009 |
| 4931485 | EDI: JPMORGANCHASE | Jun 15 2022 22:43:00 | Chase Mtg, PO Box 24696, Columbus, OH 43224-0696 |
| 4974724 | EDI: JPMORGANCHASE | Jun 15 2022 22:43:00 | JPMorgan Chase Bank, N.A., Chase Records Center,, ATTN: Correspondence Mail,, Mail Code LA4-5555, 700 Kansas Lane,, Monroe, LA 71203 |
| 4931504 | Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 18:39:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 4931505 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2022 18:39:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 4968462 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 18:52:43 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4931507 | | Email/Text: camanagement@mtb.com | Jun 15 2022 18:39:00 | M&T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 4941865 | + | Email/Text: camanagement@mtb.com | Jun 15 2022 18:39:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 4931509 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 18:39:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 4980273 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 18:39:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4931510 | | EDI: PHINGENESIS | Jun 15 2022 22:43:00 | Milestone Mastercard, PO Box 4477, Beaverton, OR 97076-4401 |
| 4931512 | | Email/Text: Bankruptcies@nragroup.com | Jun 15 2022 18:39:00 | Natl Recover, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4931514 | | EDI: NAVIENTFKASMSERV.COM | Jun 15 2022 22:43:00 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4966824 | | EDI: NAVIENTFKASMDOE.COM | Jun 15 2022 22:43:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4931516 | + | EDI: PINNACLE.COM | Jun 15 2022 22:43:00 | Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 4931517 | | Email/Text: ckimble@pandbcapitalgroup.com | Jun 15 2022 18:39:00 | P&B Capital Group, 455 Center Rd, Buffalo, NY 14224-2100 |
| 4931519 | | Email/Text: bankruptcygroup@peco-energy.com | Jun 15 2022 18:39:00 | PECO Energy, PO Box 37629, Philadelphia, PA 19101-0629 |
| 4972671 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 18:39:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 4931521 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 18:39:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 4970238 | | EDI: PRA.COM | Jun 15 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4932462 | + | EDI: RECOVERYCORP.COM | Jun 15 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4931518 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 4931524 | | EDI: PRA.COM | Jun 15 2022 22:43:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4960284 | | EDI: Q3G.COM | Jun 15 2022 22:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4960904 | | EDI: Q3G.COM | Jun 15 2022 22:43:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5162273 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 18:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162272 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 18:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4931525 | | EDI: CITICORP.COM | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 15 2022 22:43:00 | Sears/Cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 4985169 | | Email/Text: philadelphia.bnc@ssa.gov | Jun 15 2022 18:39:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 4931528 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Syncb/Ashley Homestore, PO Box 965064, Orlando, FL 32896-5064 |
| 4931532 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 4931526 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 4931527 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Syncb/ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 4931529 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Syncb/dks, PO Box 965005, Orlando, FL 32896-5005 |
| 4931530 | + | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 4931531 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Syncb/sleepys, PO Box 965036, Orlando, FL 32896-5036 |
| 4931533 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 4931534 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Synchrony Bank/Dicks Sporting Goods, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 4931535 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Synchrony Bank/Hh Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 4931536 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 4931537 | | EDI: RMSC.COM | Jun 15 2022 22:43:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 4984777 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 18:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4958559 | + | EDI: CBSTDR | Jun 15 2022 22:43:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 4931538 | | EDI: WTRRNBANK.COM | Jun 15 2022 22:43:00 | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 4931539 | | EDI: WTRRNBANK.COM | Jun 15 2022 22:43:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 4944444 | + | Email/Text: bankruptcy@huntington.com | Jun 15 2022 18:39:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 4931542 | | EDI: CAPITALONE.COM | Jun 15 2022 22:43:00 | Worlds Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 70

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

| | | |
|---|---|---|
| 4931489 | ## | Cloud & Willis LLC, PO Box 59549, Birmingham, AL 35259-9549 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jack P. Bock, III | on behalf of Defendant Synchrony Bank jbock@reedsmith.com lheatherington@reedsmith.com |
| James Warmbrodt | on behalf of Creditor The Huntington National Bank Successor by merger to FirstMerit Bank bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... pa-bk@logs.com |
| Patrick James Best | on behalf of Debtor 2 Genevieve Ann Bashiti patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Debtor 1 Abbas John Bashiti patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Plaintiff Genevieve Ann Bashiti patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Plaintiff Abbas John Bashiti patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Abbas John Bashiti<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7218<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Genevieve Ann Bashiti<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1288<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–02397–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Abbas John Bashiti

Genevieve Ann Bashiti
fka Genevieve Ann Hunsinger, fka Genevieve Ann Schwartz

**By the court:**

6/15/22

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**