# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ABBAS JOHN BASHITI                                    Case No.: 5-17-02397-MJC
GENEVIEVE ANN BASHITI                                 Chapter 13
           Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | JPMORGAN CHASE BANK, NA |
| Court Claim Number: | 17 |
| Last Four of Loan Number: | 3270/PRE ARREARS/117 WOODBINE CT |
| Property Address if applicable: | 8216 WOODCHUCK COURT, , EAST STROUDSBURG, PA18301 |

| PART 2: | CURE AMOUNT | |
|---|---|---|
| TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE | | |
| a. | Allowed prepetition arrearages: | $1,448.31 |
| b. | Prepetition arrearages paid by the Trustee: | $1,448.31 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,448.31 |

| PART 3: | POST PETITION MORTGAGE PAYMENT |
|---|---|

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

| PART 4: | A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g) |
|---|---|

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 28, 2022                         Respectfully submitted,


                                             /s/ Jack N. Zaharopoulos
                                             Standing Chapter 13 Trustee
                                             Suite A, 8125 Adams Drive
                                             Hummelstown, PA 17036
                                             Phone: (717) 566-6097
                                             Fax: (717) 566-8313
                                             eMail: info@pamd13trustee.com

Creditor Name: JPMORGAN CHASE BANK, NA
Court Claim Number: 17

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9005983 | 05/09/2019 | $67.26 | $0.00 | $67.26 |
| 5200 | 9006065 | 06/06/2019 | $193.65 | $0.00 | $193.65 |
| 5200 | 9006152 | 07/11/2019 | $193.65 | $0.00 | $193.65 |
| 5200 | 9006241 | 08/07/2019 | $193.65 | $0.00 | $193.65 |
| 5200 | 9006333 | 09/26/2019 | $193.65 | $0.00 | $193.65 |
| 5200 | 9006425 | 10/10/2019 | $202.80 | $0.00 | $202.80 |
| 5200 | 9006869 | 03/12/2020 | $194.06 | $0.00 | $194.06 |
| 5200 | 9007012 | 04/14/2020 | $194.06 | $0.00 | $194.06 |
| 5200 | 9008938 | 11/03/2020 | $15.53 | $0.00 | $15.53 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    ABBAS JOHN BASHITI                   Case No.: 5-17-02397-MJC
    GENEVIEVE ANN BASHITI            Chapter 13
            Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 28, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

PATRICK J BEST, ESQUIRE            SERVED ELECTRONICALLY
ANDERS RIEGEL & MASINGTON
18 N 8TH STREET
STROUDSBURG PA, 18360-


CHASE RECORDS CENTER           SERVED BY 1ST CLASS MAIL
ATTN: CORRESPONDENCE MAIL/LA4-5555
700 KANSAS LANE
MONROE, LA, 71203


ABBAS JOHN BASHITI              SERVED BY 1ST CLASS MAIL
GENEVIEVE ANN BASHITI
8216 WOODCHUCK COURT
EAST STROUDSBURG, PA 18301


I certify under penalty of perjury that the foregoing is true and correct.


Date: June 28, 2022            /s/   Liz Joyce
                           for Jack N. Zaharopoulos
                           Standing Chapter 13 Trustee
                           Suite A, 8125 Adams Drive
                           Hummelstown, PA 17036
                           Phone: (717) 566-6097
                           Fax: (717) 566-8313
                           eMail: info@pamd13trustee.com