United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-02397-MJC |
| Abbas John Bashiti | Chapter 13 |
| Genevieve Ann Bashiti | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 20, 2022     Form ID: fnldec     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Abbas John Bashiti, 8216 Woodchuck Court, East Stroudsburg, PA 18301-7151 |
| jdb | #+ | Genevieve Ann Bashiti, 8216 Woodchuck Court, East Stroudsburg, PA 18301-7151 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jack P. Bock, III | on behalf of Defendant Synchrony Bank jbock@reedsmith.com lheatherington@reedsmith.com |
| James Warmbrodt | on behalf of Creditor The Huntington National Bank Successor by merger to FirstMerit Bank bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... pa-bk@logs.com |

Lily Christina Calkins
    on behalf of Creditor JPMorgan Chase Bank National Association logsecf@logs.com, lilychristinacalkins@gmail.com

Patrick James Best
    on behalf of Debtor 2 Genevieve Ann Bashiti patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best
    on behalf of Debtor 1 Abbas John Bashiti patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best
    on behalf of Plaintiff Genevieve Ann Bashiti patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best
    on behalf of Plaintiff Abbas John Bashiti patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Abbas John Bashiti, | Chapter 13 |
| **Debtor 1** | |
| Genevieve Ann Bashiti, fka Genevieve Ann Hunsinger, fka Genevieve Ann Schwartz, | Case No. 5:17−bk−02397−MJC |
| **Debtor 2** | |

Social Security No.:
xxx−xx−7218    xxx−xx−1288

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 20, 2022

**fnldec** (01/22)